# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3478
Lower Tribunal No. 22-DR-036177

_____

TODD ALAN FRANK,

Appellant,

v.

JENNA LEIGH DAVIS o/b/o T.F., Jr.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Lee A. Schreiber, Judge.

December 16, 2025

PER CURIAM.

AFFIRMED.

WHITE, MIZE and GANNAM, JJ., concur.

Kathy M. Klock, of Akerman LLP, West Palm Beach, for Appellant.

Nancy W. Gregoire Stamper, of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and William L. Gautier, Jr., of Gautier & Hasty, P.L., Coral Gables, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED